**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-21106-CMA**

VICTOR ARIZA,

    Plaintiff,

v.

K1 SPEED, INC., a foreign for-profit corporation,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Victor Ariza ("Plaintiff") and Defendant, K1 Speed, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), hereby notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action, and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Jointly submitted this 12th day of April, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>*Co-Counsel for Plaintiff*<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>Telephone: (954) 362-3800<br>Facsimile: (954) 362-3779<br><br>By: */s/ Roderick V. Hannah*<br>    Roderick V. Hannah, FBN 435384<br>    rhannah@rhannahlaw.com | **GRAYROBINSON, P.A.**<br>*Counsel for Defendant, K1 Speed, Inc.*<br>333 S.E. 2nd Avenue, Suite 3200<br>Miami, Florida 33131<br>Telephone: (305) 416-6880<br>Facsimile: (305) 416-6887<br><br>By: */s/ Anastasia Protopapadakis*<br>    Anastasia Protopapadakis, FBN 51426<br>    anastasia.protopapadakis@gray-robinson.com |
| **LAW OFFICES OF PELAYO DURAN, P.A.**<br>*Co-Counsel for Plaintiff*<br>4640 N.W. 7th Street<br>Miami, FL 33126<br>Telephone: (305) 266-9780<br>Facsimile: (305) 269-8311<br><br>By: */s/ Pelayo M. Duran*<br>    Pelayo M. Duran, FBN 0146595<br>    duranandassociates@gmail.com | |