UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21106-CIV-ALTONAGA/Reid

**VICTOR ARIZA**,

    Plaintiff,
v.

**K1 SPEED, INC.**,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon the parties' Stipulation of Dismissal with Prejudice [ECF No. 11], entered on May 1, 2024. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court approves and adopts the Settlement Agreement **[ECF No. 11-3]** executed by the parties as a binding Consent Order.

3. This case is **DISMISSED with prejudice**, with fees and costs to be paid as specified by the Settlement Agreement.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 1st day of May, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record